|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | DISTRICT OF NEVADA | |
| 3 | ROBERT ALAN ROGINSKY, | Case No. 2:19-cv-01381-KJD-DJA |
| 4 | Plaintiff | ORDER |
| 5 | v. | |
| 6 | NEVADA DEPARTMENT OF PUBLIC SAFETY, *et al.*, | |
| 7 | | |
| 8 | Defendants | |

### I. DISCUSSION

On August 9, 2019, Plaintiff, who is now an inmate an inmate in the custody of the Clark County Detention Center ("CCDC"), submitted a civil rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. (ECF Nos. 1-1, 1). Plaintiff's application to proceed *in forma pauperis* is incomplete. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. <u>Plaintiff has not submitted a properly executed financial certificate</u>. (*See* ECF No. 1). As such, the *in forma pauperis* application is denied without prejudice. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1) but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to cure the deficiencies of his application to proceed *in forma pauperis* by filing a fully complete application to proceed *in forma pauperis*, or in the alternative, pay the full $400 filing fee for this action. If Plaintiff chooses to file an application to proceed *in forma pauperis*, he must file a <u>fully complete application to proceed *in forma pauperis*</u>, including both an inmate account statement for the past six months and a properly executed financial certificate.

### II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed in forma pauperis (ECF No. 1) is DENIED without prejudice to file a new application.

1 | IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, including both an inmate account statement for the past six months and a properly executed financial certificate, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No. 1-1) but will not file it at this time.

DATED this 23rd day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE